UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 15 2019
JEANNE G. QUINATA
CLERK OF COURT

WILLIAM LEE GRANT II
PLAINTIFF

v

AUSA GREGORY K. HARRIS
+ JOINT CHIEFS OF STAFF
DEFENDANTS

CU-19-00117

INTRODUCTION TO COMPLAINT

MR. GRANT BEGAN HIS LAWSUIT IN THE ILLINOIS CENTRAL DISTRICT IN MAY OF 2016.

THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

THE DOJ DEFAULTED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

THE U.S. DEPARTMENT OF DEFENSE HAS BEEN MAD ABOUT THE VIETNAM WAR FOR MORE THAN THIRTY (30) YEARS.

THE U.S. DEPARTMENT OF DEFENSE STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

THE ILND, ILCD, ILSD, CDCA, WDVA, EDTX, NDTX, WDTX, MARYLAND, NEBRASKA, EDNY, NDGA, C.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

THE DISTRICT OF GUAM HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1) AND 28 USC 1391(b)(3).

MR. GRANT HAS FILED COMPLAINTS WITH: OFFICE OF EXECUTIVE INSPECTOR GENERAL (ILLINOIS); ILLINOIS DEPARTMENT OF HUMAN RIGHTS; ILLINOIS DEPARTMENT OF ▮ TRANSPORTATION; ILLINOIS ATTORNEY GENERAL; ILLINOIS STATE POLICE; U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; U.S. DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF LABOR; ILLINOIS DEPARTMENT OF LABOR; ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY; ▮▮ U.S. DEPARTMENT OF TRANSPORTATION; (ILLINOIS) JUDICIAL INQUIRY BOARD; AND U.S. OFFICE OF SPECIAL COUNSEL

## WITNESSES

MICHAEL J MADIGAN
JESSE WHITE
EMIL JONES
BARACK H. OBAMA
PATRICIA DAWSON

*Will* 6/23/2019

William Lee Grant II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269
WGRAN2@GMAIL.COM

THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

~~DISTRICT OF GUAM~~

William Lee Grant II

Petitioner,

vs. ~~AUSA GREGORY K. HARRIS~~ + ~~JOINT CHIEFS OF STAFF~~

Defendant,

)
)
)
)
)
)
)
)
)
)
)

NEIGHBORHOODS
ANGEL + AIRWAVES
COMPLAINT

~~18001857~~

28 USC 1346(b)(1)
28 USC 1391(b)(3)

**Civil Rights Violations and Retaliation Complaint**

U.S. CONST. AMEND IV; U.S. CONST. AMEND V
U.S. CONST. AMEND VIII; U.S. CONST. AMEND XIV

William Lee Grant II, Petitioner, was retaliated against by the Illinois Governor's Office and agencies under the jurisdiction of the Illinois Governor for filing a civil rights complaint with the Illinois Department of Transportation, and an ethics complaint with the Office of Executive Inspector General in 2012.

William Lee Grant II, while employed with the Illinois Department of Transportation (IDOT), filed a civil rights complaint with IDOT's Bureau of Civil Rights. After the civil rights complaint was filed, William Lee Grant II endured a hostile work environment. William Lee Grant II's work hours were changed, work products were tampered with, and William Lee Grant II was given negative performance evaluations.

William Lee Grant II took a leave of absence from IDOT, and was then transferred to IDOT's Chicago Office, and began to be supervised by Richard Abel Kabaker, IDOT Deputy Chief Council. For the next two and a half years, Richard Abel Kabaker treated William Lee Grant II as a "cotton pickin' nigger."

Richard Abel Kabaker offered and then rescinded a promotion for William Lee Grant II. Richard Abel Kabaker gave William Lee Grant II a workload/ work-assignments below the paygrade of a Technical Manager II.

Richard Abel Kabaker assigned William Lee Grant II to work in IDOT's Bureau of Claims office in Schaumburg, Illinois for one and a half months in 2013 against standard operating procedures and personnel policies.

THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO ~~THE~~ THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS. THE DOJ DEFAULTED IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1734), JAMES E. BOASBERG (18-CV-1162), RUDOLPH CONTRERAS (18-CV-1606 + 18-CV-1805), AND CHRISTOPHER R. COOPER (18-CV-1804) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); OR 28 USC 1915(e)(2)(B)(iii).

DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (16-CV-1327) AND PAULA XINIS (16-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

William Lee Grant II was struck from behind while operating his state motor vehicle on the Kennedy Expressway by Kelly Knepf, also known as, Kelly Kraft, Director, Illinois Sports Facilities Authority. Ms. Knepf left the scene of the accident.

William Lee Grant II accepted employment with the Office of the Governor in 2014. William Lee Grant II reported to the Governor's Office on November 6, 2014. For the next month, William Lee Grant II was given a myriad of reasons as to the delay in William Lee Grant II being added to the Governor's Office payroll. On December 3, 2014, after the close of business, William Lee Grant II was informed he "could not" be added to the Illinois Governor's Office payroll, and could not return to his employment with IDOT. William Lee Grant II has not received his salary for his month worked in the Illinois Governor's Office.

On December 5, 2014, William Lee Grant II applied for Federal Unemployment Benefits through the Illinois Department of Employment Security (IDES). IDES employee, John T. Frye, purposefully entered Petitioner's information incorrectly, and failed to enter pertinent information in the determination of William Lee Grant II's eligibility pertaining to Federal Unemployment Benefits.

IDES Administrative Law Judge, John Schellenberg, intentionally ruled against Petitioner on March 10, 2015. Petitioner was qualified to receive Federal Unemployment Benefits pursuant to 820 ILCS 405/601(B).

William Lee Grant II found himself **Blacklisted**. William Lee Grant II applied for employment all over America to no avail, except for a short stint on a political campaign. William Lee Grant II was denied employment with the Chicago Transit Authority, State of Illinois, Federal government, and within the private sector.

The Office of Executive Inspector General (OEIG) has declined to investigate. The OEIG allegedly informed Governor Bruce Rauner's administration of the retaliatory actions that occurred, and took no action.

William Lee Grant II attempted to file a civil rights complaint with IDOT in 2016, and was escorted out of the building. The Illinois Department of Human Rights (IDHR) failed to investigate petitioner's complaint against IDOT after 365 days. IDHR has taken no action to investigate the Chicago Transit Authority or Illinois Department of Central Management Services.

The Illinois Human Rights Commission rejected Petitioner's complaint against IDOT refusing Petitioner access to a proper venue for his retaliation (discrimination) complaint.

**The Illinois Attorney General and U.S. Department of Justice do not deny the allegations.** No Judge has found the allegations to be frivolous or malicious (28 U.S.C. 1915(e)(2)(B)(i), fails to state a claim on which relief may be granted (28 U.S.C. (e)(2)(B)(ii), or seeks monetary relief against a defendant who is immune from such relief (28 U.S.C. 1915(e)(2)(B)(iii).

WDVA, ILND, ILCD, ILSD, MARYLAND, EDTX, NDGA, NEBRASKA, EDNY, EDTX, NDTX, WDTX, C.F.C + FED. CIR.

THESE ACTIONS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

THE ILAG AND DOJ DO NOT DENY MR. GRANT'S ALLEGATIONS, AND DEFAULTED IN 16-CV-3245 AND 17-CV-3261.

6/22/2019

William Lee Grant II
911 Wythe Road
Springfield, IL 62702
(217) 726-5169
JUNE 22, 2019

2





# ORIGINAL

UNITED STATES COURT

## DISTRICT OF GUAM

FILED

William Lee Grant II

Petitioner,

vs. **AUSA GREGORY K. HARRIS +**

**JOINT CHIEFS OF STAFF**
Defendant,

17-1765 C

**NEIGHBORHOODS**

**ANGEL + AIRWAVES**
**COMPLAINT**

28 USC 1346(b)(1) 28 USC 1391(b)(3)

**COMPLAINT and CERTIFICATION OF PLAINTIFF**

U.S. CONST. AMEND IV; U.S. CONST. AMEND V;
U.S. CONST. AMEND XIII; U.S. CONST. AMEND XIV

1) Operation: Hometown Glory is a DoD domestic Black Ops Program run under the banner of the DOJ. The DoD disavows ~~The Program.~~ BEYONCÉ

2) Grandmas kick ass!

3) The DoD remembers 'Nam.

4) The U.S. Department of Justice does not deny the 9/11 Terrorist Attacks were engineered to initiate an epoch of perpetual war known as the War on Terror.

5) Dick Cheney made substantial profits for himself and his former company, Halliburton, through awarding no-bid contracts to Halliburton. Vice-President Cheney had a conflict of interest in advocating for the Invasion of Iraq.

6) Bruce Rauner bribed Rahm Emanuel to hide reports related to national security while Rahm Emanuel worked in the Clinton White House. Upon leaving the Clinton White House, Bruce Rauner assisted Rahm Emanuel in making $14 million dollars in three years. Bruce Rauner went on to make hundreds of millions from the War on Terror.

NORTHERN DISTRICT OF GEORGIA
JUDGE THOMAS W. THRASH JR (18-CV-1469;
18-CV-1472; 18-CV-1474; AND 18-CV-1475)
DID NOT FIND MR. GRANT'S
ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii)

3

OPERATION: HOMETOWN GLORY
Received - USCFC

NOV 13 2017

DISTRICT OF NEBRASKA JUDGE RICHARD G. KOPF (18-CV-246 + 18-CV-247) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); 28 USC 1915(e)(2)(B)(iii) OR 28 USC 1915(e)(2)(B)(iii).

THE DIXIE CHICKS WERE RIGHT!

[redacted header bars]

ILLINOIS NORTHERN DISTRICT JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

7) Hillary Rodham Clinton killed (or was an accessory to murder) Vince Foster, Clinton White House Council, to prevent him from testifying in the White Water Hearings. **

8) Hillary Rodham Clinton sent Ambassador J. Christopher Stevens to Benghazi, Libya as a

suicide mission to prevent him from issuing a report advocating the diversion of funds

from Iran to Libya.

9) Hillary Rodham Clinton lobbied for the 1994 Crime Bill in exchange for future campaign

contributions from the private prison industry for her inevitable Presidential campaign. *

10) Anita Alvarez entered into a conspiracy to allow "Chicago Cops to Shoot Black People

for Sport Without Fear of Criminal Prosecution. The David Koschman case establishes

her history of entering government conspiracies.

11) Richard M. Daley murdered Chicago Mayor Harold Lee Washington, and permitted the

torture and wrongful convictions of African-Americans in Chicago, Illinois during his

time as Cook County State's Attorney and Chicago Mayor.

12) The State of Illinois and U.S. Department of Justice violated the Constitutional rights of

WILLIAM LEE GRANT II to investigate these matters.

13) The Illinois Attorney General and the DOJ do not deny the allegations. Federal Judges

have dismissed William Lee Grant II's complaints citing 28 U.S.C. 1915(e)(2)(B). No Federal Judge has claimed William Lee Grant II's action is:

*(margin annotation:)* WDVA  *(right margin:)* ILLD, ILND, ILSD, MARYLAND, NDGA, CDCA, EDTX, ~~SDTX~~ NDTX, WDTX, EDNY, C.F.C., OR FED. CIR.

i.   Is frivolous or malicious (28 U.S.C. 1915(e)(2)(B)(i);

ii.  Fails to state a claim on which relief may be granted (28 U.S.C.(e)(2)(B)(ii): or

iii. Seeks monetary relief against a defendant who is immune from such relief (28

U.S.C. 1915(e)(B)(iii).

*(left margin, rotated:)* ILLINOIS SOUTHERN DISTRICT JUDGES & MICHAEL J. REAGAN (17-CV-1257); NANCY J. ROSENSTENGEL (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

*(bottom left, handwritten:)* * HILLARY R. CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

** PLEASE SEE RODRIGUEZ MEMORANDUM (148-178). - JAMES COMEY + ERIC HOLDER SAY HILLARY CLINTON KILLED VINCE FOSTER. (WLG)

OPERATION: HOMETOWN GLORY

4



14) President George W. Bush's Executive Order dated November 13, 2001 allows for

illegally obtained information to be admitted in court, and for the herein alleged traitors

to be tried in a military tribunal.

15) Per President George W. Bush's November 13, 2001 Executive Order, this Complaint

must be adjudicated and sent to the U.S. Secretary of Defense:

Secretary of Defense
Office of the Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301

16) Petitioner seeks $~~$32~~ $99 Trillion in compensatory ~~and punitive~~ damages.

17) Richard Abel Kabaker, State of Illinois, and U.S. Department of Justice defaulted (2016-MR-000643) by failing to plead pursuant to Fed. R. Civ. P. 81 (c)(2)(a) and Fed. R. Civ. P. 81 (c)(2)(c).

Petitioner, WILLIAM LEE GRANT II, certifies Complaint and all statements herein are

made in good faith, and not for delay.

18) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

19) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

20) CONDOLEEZZA 'CONDI' RICE WAS A SECRETARY (OF STATE) ON HER KNEES. CONDI WAS HAVING AN AFFAIR WITH GEORGE W. BUSH.

21) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

22) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

23) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE WAR IN IRAQ.

24) BILL CLINTON IS A SERIAL RAPIST.

25) THE CIA KILLED JFK.

26) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE COOK COUNTY, IL DEMOCRATIC PARTY VOTE TO ALLOW THOMPSON TO BECOME GOVERNOR AS A REPUBLICAN.

27) JAMES R. THOMPSON CONCEALED RICHARD M. DALEY'S MURDER OF HAROLD LEE WASHI~~~~ AND BERNARD EPTON.

_William Lee Grant II_

JUNE 22, 2019

Date: ~~~~

OPERATION: HOMETOWN GLORY

6/22/2019

5

# QUESTIONS PRESENTED

1. What are the legal ramifications to the United States of America creating a Program to investigate the United States Federal government, and for engineering a person from birth to be an Informant for the Justice Department violating his constitutional rights?

2. Where shall Illinois Governor Bruce Rauner and Chicago Mayor Rahm Emanuel be tried for their acts of treason?

3. Where shall Richard "Dick" Cheney and Donald Rumsfeld be tried for their acts of treason against the United States of America, their invasion of Iraq in violation of International law, and perpetration of War Crimes?

4. Where shall President George W. Bush be tried for treason and War Crimes?

5. Where shall Henry Kissinger be tried for his War Crimes?

6. What tribunal shall prosecute and judge the aforementioned War Criminals?

7. Will this court direct Hillary Rodham Clinton to submit to a DNA test to verify it was her hair was found on the body of Vince Foster?

8. Where shall Richard M. Daley be tried for the murder of Chicago Mayor Harold Lee Washington and public corruption?

9. Where shall (former) Cook County State's Attorney Anita Alvarez be tried for violating the civil rights of African-Americans in Cook County, Illinois and public corruption?

10. Where shall New Jersey Governor Chris Christie stand trial for public corruption?

11. Where shall Michigan Governor Rick Snyder stand trial for public corruption?

12. Where shall former Illinois Governor Pat Quinn be tried for civil rights violations and public corruption?

13. Where shall Illinois 7th Circuit Judge John P. Schmidt be tried for public corruption?

*Left margin (handwritten, bottom to top):*

17. WHERE SHALL LOUIS FARRAKHAN STAND TRIAL FOR THE MURDER OF MALCOLM X?

16. WHERE SHALL MARION HUGH "SUGE" KNIGHT JR. STAND TRIAL FOR THE MURDER OF CHRISTOPHER "BIGGIE SMALLS" WALLACE?

*Right margin (handwritten, bottom to top):*

19. WHERE SHALL COURTNEY LOVE STAND TRIAL FOR THE MURDER OF KURT COBAIN?

*Bottom (handwritten):*

14. WHERE SHALL GREGORY K. HARRIS, RODGER A. HEATON, AND NIVERSHA HILL STAND TRIAL FOR CONSPIRING AGAINST MR. GRANT?

15. WHERE SHALL DONALD J. TRUMP STAND TRIAL FOR MONEY LAUNDERING?

17. WHERE SHALL ALAN J. BRENTS AND LARISSA M. YOUNG STAND TRIAL FOR SEXUALLY ASSAULT-ING MR. GRANT?

6

OPERATION: HOMETOWN GLORY

16. WHERE SHALL THOMAS W. LOATS AND JUSTIN LASINDOS STAND TRIAL FOR SEXUALLY ASSAULTING MR. GRANT?

28) THE U.S. DEPT OF DEFENSE CREATED MR. GRANT TO DETERMINE WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES, AND TO BE A WITNESS TO THE 9/11 TERRORIST ATTACKS.

29) THE JCOS (JOINT CHIEFS OF STAFF) "DROPPED-OFF" MR. GRANT IN SPRINGFIELD, ILLINOIS WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, AND ENDURE PSYCHOLOGICAL TORTURE. THERE IS NO ADOPTION PAPERWORK. THE DROP-OFF WAS IN THE EARLY 1990's.

30) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO COORDINATE OPERATION: HOMETOWN GLORY IN SPRINGFIELD, IL THROUGH THE U.S. ATTORNEY'S OFFICE IN SPRINGFIELD, IL.

31) GREGORY K. HARRIS CONDUCTED MORE THAN TWENTY-FIVE YEARS OF ILLEGAL SURVEILLANCE ON MR. GRANT. GREGORY K. HARRIS "BRIBED" MR. GRANT'S "FAMILY," PEERS, TEACHERS, CO-WORKERS, SUPERVISORS, AND PROFESSORS TO REPORT ON MR. GRANT'S WORDS AND ACTIONS. MR. GRANT'S CELLPHONE AND COMPUTER WERE "HACKED" AND "BURNED." THE CONTENTS WERE PROVIDED TO GREGORY K. HARRIS AND THE DoD.

32) MR. GRANT WAS GIVEN A CHOICE AS A CHILD: STAB DR. GRANT WHEN HE TURNS SEVENTEEN; OR HAVE SOMEONE FROM THE MILITARY KILL DR. GRANT; AND MAKE IT APPEAR AS MR. GRANT COMMITTED THE CRIME.

33) WHEN MR. GRANT TURNED SEVENTEEN, MR. GRANT STABBED DR. GRANT, AND WAS CHARGED WITH WITH DOMESTIC BATTERY. GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS, RUDOLPH M. BRAUD AND MICHAEL J. DRAKE.

34) IN 2009, MR. GRANT WAS STOPPED BY ILLINOIS STATE POLICE TROOPER, TYLER PRICE, FOR ALLEGEDLY DRIVING UNDER THE INFLUENCE. ISP TROOPER TYLER PRICE FAILED TO OBTAIN A WARRANT TO ████ DRAW MR. GRANT'S BLOOD, AND FAILED TO MIRANDIZE MR. GRANT.

35) JOSHUA C. MORRISON (SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE) PRESENTED MR. GRANT WITH A FAKE WARRANT.

36) ISP TROOPER TYLER PRICE CHARGED MR. GRANT WITH TWO CHARGES OF DRIVING UNDER THE INFLUENCE FROM ONE TRAFFIC STOP.

37) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FILED TWO DUI CASES FROM ONE TRAFFIC STOP. THE STATE'S ATTORNEY'S OFFICE ████ FILED ADDITIONAL CASES AGAINST MR. GRANT, AND CLASSIFIED THE CASES AS DUIS.

38) MR. GRANT WAS SOBER DURING THE TRAFFIC STOP IN QUESTION.

39) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY CONSPIRING WITH MR. GRANT'S LAWYERS: TIM TIMONEY AND SHARP + HARMON.

40) GREGORY K. HARRIS BROUGHT (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT. RODGER A. HEATON CONDUCTED ILLEGAL SURVEILLANCE OF MR. GRANT, INCLUDING WEB MONITORING, PHONE HACKING, AND ILLEGAL INTERVIEWS OF MR. GRANT'S PEERS, SUPERVISORS, PROFESSORS, AND CO-WORKERS.

41) RODGER A. HEATON CONDUCTED ILLEGAL SURVEILLANCE AND INTERVIEWS INTO MR. GRANT'S SEX LIFE.

⑦

42) GREGORY K. HARRIS AND RODGER A. HEATON RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND REPORT HIS ACTIONS TO GREGORY K. HARRIS AND RODGER A. HEATON.

43) GREGORY K. HARRIS, RODGER A. HEATON, AND THE PEOPLE OF SPRINGFIELD, IL STARTED AND PROMULGATED RUMORS MR. GRANT WAS A RAPIST AND CHILD MOLESTER.

44) GREGORY K. HARRIS AND THE PENTAGON TOLD MR. GRANT HE MUST BEGIN "ACTING GAY," OR MR. GRANT WOULD FIND HIMSELF BEING RAPED.

45) THE SLOS WANT THE WHITE HOUSE TO KNOW THEY DON'T CARE WHEN THEY KILL EACH OTHER. WHEN THEY ATTACK US, WE KNOW THEY'VE LOST THEIR MINDS. WHEN THEY ATTACK US, WE SEND A KID. SCANDAL IS REAL. THE KID IS COMMAND.

46) THE IL AG AND DOJ DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

47) THOMAS W. COATS AND JUSTIN CAJINDOS DRUGGED MR. GRANT TO INTERROGATE MR. GRANT ABOUT OPERATION: HOMETOWN GLORY, HIS EMPLOYMENT WITH THE STATE, AND OTHER TOPICS OF INTEREST TO THE DOJ AND GOV. PAT QUINNS ADMINISTRATION.
⁕ JUSTIN CAJINDOS GAVE MR. GRANT A HAND-JOB. THOMAS W. COATS KISSED MR. GRANT'S ASS.

48) WHILE EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING TAMPERED WITH, DENIAL OF A PROMOTION, A GEOGRAPHIC REASSIGNMENT, A REDUCTION OF WORKLOAD, FORCED TO PERFORM TASKS BELOW MR. GRANT'S PAYGRADE, AND WAS INTENTIONALLY STRUCK ON THE KENNEDY EXPRESSWAY BY THE DIRECTOR OF THE ILLINOIS SPORTS FACILITIES AUTHORITY (KELLY KNEPF a/k/a KELLY KRAFT).

49) THE OFFICE OF THE EXECUTIVE INSPECTOR GENERAL (OEIG) IN ILLINOIS HAS FAILED TO INVESTIGATE. THE IL DEPT OF TRANSPORTATION AND IL DEPT OF EMPLOYMENT SECURITY HAS FAILED TO INVESTIGATE. THE U.S. EEOC HAS FAILED TO INVESTIGATE. THE U.S. DEPT OF TRANSPORTATION AND U.S. DEPT OF THE TREASURY HAVE FAILED TO INVESTIGATE. THE U.S. OFFICE OF SPECIAL COUNSEL HAS FAILED TO INVESTIGATE.

50) THE ILND, ILCD, ILSD, CDCA, EDTX, ~~SDTX~~, NDTX, WDTX, NDGA, EDNY, WDVA C.F.C. AND FED. CIR. HAVE NOT FOUND ~~█~~ MR. GRANT'S ALLEGATIONS TO BE 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

8

51) THE PENTAGON OPERATED A "MACHINE LEARNING PROGRAM" WITH THE ASSISTANCE OF HOLLYWOOD AND THE MUSIC INDUSTRY.

52) THE SOPRANOS CAME FROM THE PENTAGON. WHAT IS WORSE THAN A CHICAGO POLITICIAN SEEING A SHRINK: HIRING A LAWYER. IT GETS SO BAD, THE LAWYER ("SHRINK") NEEDS A LAWYER ("SHRINK").

THEY SING HIGH, WE SING LOWER (THE BASSISTS). THEY GO LOWER, WE GO LOWER.

52) ALLY MCBEAL IS AN ECCENTRIC LAWYER WHO IS SURROUNDED BY ECCENTRIC LAWYERS. ALLY MCBEAL (AM) HAS A BABY CLOCK THAT WILL NOT STOP CLICKING. MR. GRANT COULD NOT AVOID STABBING DR. GRANT WHEN HE TURNED SEVENTEEN.

53) ENTOURAGE IS WHAT IT LOOKS LIKE WHEN A MAN OR WOMAN ASSUMES POLITICAL OFFICE. THEY HIRE SOME OF THEIR FRIENDS, AND HELP SOME OF THEIR FRIENDS ATTAIN POLITICAL OFFICE. + ARI GOLD = ANGRY GAY. MR. GRANT IS KNOWN TO HAVE USED PROFANITY.

54) SEX AND THE CITY CAME FROM THE PENTAGON. AS A CHILD, MR. GRANT WANTED TO KNOW HOW IT WAS TO DATE IN A LARGE CITY. A GENERAL FOUND A CANDACE BUSHNELL ~~ARTICLE~~ ARTICLE ON A TRAIN. IT BECAME THE BASIS OF THE BOOK AND THE SERIES. THE PENTAGON HAD MS. BUSHNELL ADD THE CHARACTER 'MIRANDA HOBBS.'

MIRANDA WAS NOT IN THE BOOK. MIRANDA WAS IN THE TELEVISION SERIES AND THE MOVIES.

ISP ~~████~~ TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT.

55) THE LADIES OF SEX AND THE CITY FILMED THE SECOND MOVIE IN ABU DHABI BECAUSE THEY HAD INDEPENDENT CONFIRMATION THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

56) THE WEST WING CAME FROM THE PENTAGON. ANN L. SCHNEIDER (FORMER IL DEPT OF TRANSPORTATION SECRETARY) IS MRS. LANDINGHAM.

57) SCANDAL IS THE PENTAGON "AIRING" AMERICA'S "DIRTY LAUNDRY" ON NATIONAL TELEVISION. * JUDY SMITH WAS BILL CLINTON'S ~~████~~ "FIXER," AND A CONSULTANT TO SCANDAL.

* COUNTRY SAID: "IT'S OUR COUNTRY, TOO. WE WANT A PIECE!"

THANK-YOU: STEVE JONES AT IBM

9

58) <u>KILL BILL VOL. I</u> AND <u>KILL BILL VOL. II</u> IS BASED ON MR. GRANT'S LIFE. MR. GRANT WAS "GUNNED DOWNED" WHEN HE SHOULD HAVE BEEN THE HAPPIEST HE HAD EVER IMAGINED. A YEAR BEFORE MR. GRANT HAD TO STAB DR. GRANT, MR. GRANT MET THE GIRL OF HIS DREAMS.

MR. GRANT'S LIFE WAS THOUGHT TO BE OVER. MR. GRANT HAD BEEN, IN EFFECT, "THROWN INTO A BOX." MR. GRANT HAD TO "FIGHT" HIS WAY OUT OF THE BOX BY WAITING TABLES AND GOING TO COMMUNITY COLLEGE.

MR. GRANT APPEARED TO HAVE COME BACK TO LIFE WHEN HE APPEARED IN THE ILLINOIS GOVERNOR'S OFFICE, AS AN INTERN.

MR. GRANT BEAT THE ODDS, AND EARNED AN EIGHTY-EIGHT ON HIS JUNIOR YEAR GEOMETRY FINAL. MR. GRANT EARNED HIGHER, BUT THE TEACHER CHANGED THE RESULTS.

AFTER STABBING DR. GRANT, MR. GRANT WAS SHUNNED BY HIS PEERS. AFTER FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT, MR. GRANT WAS BETRAYED BY THE QUINNSTERS (GOU PAT QUINN ADMINIS-TRATION)

59) <u>HARRY POTTER</u> CAME FROM THE PENTAGON. MR. GRANT WAS RAISED AS AN "UNWANTED CHILD." THE CLOAK OF INVISIBILITY IS MR. GRANT'S BLACK SKIN. NO ONE NOTICED MR. GRANT. THE RESURRECTION STONE IS MR. GRANT'S ABILITY TO COME BACK FROM THE GRAVE, AND THE DEPT OF DEFENSE NANOBITES. THE ELDER WAND IS MR. GRANT'S PEN (AND PENCIL).

LORD VOLDEMORT IS THE GREATEST DARK WIZARD OF ALL TIME. THE GREATEST DARK WIZARD = THE GREATEST N*GGER WIZARD OF ALL TIME. LV (LICKING VAGINA) BEATS HP (HAIRY PENIS).

RONALD WEASLEY IS ACTUALLY A GIRL WHO IS LOYAL TO HER FRIENDS. HERMIONE GRANGER IS ACTUALLY A BOY WHO IS BRILLIANT. HE MAY HAVE A PARENT WHO IS A PLASTIC SURGEON.

HOGWARTS IS CHICAGO. HOGWARTS IS (ALSO) THE DISTRICT OF COLUMBIA. WILLIAM BEAVERS IS A POWERFUL CHICAGO POLITICIAN WHO SAYS, "HE'S THE HOG WITH THE BIGGEST NUTS IN COOK COUNTY."

60) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.
61) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.
62) EARLINE CHRISTIAN WAS A B*TCH FOR A GRANDMOTHER.
63) THE JCOS SAID, "J. LIGHTFOOT IS A REAL C*NT."
64) THE JCOS STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION. Will 6/22/2019

(10)

GRANT II v HARRIS ET AL.
EXHIBIT IN SUPPORT OF COMPLAINT



**STATE OF ILLINOIS**
## OFFICE OF THE GOVERNOR
SPRINGFIELD, ILLINOIS 62706

**Pat Quinn**
GOVERNOR

August 2, 2010

Re: William Grant

To Whom It May Concern,

It is my pleasure to provide this letter of recommendation for William Grant. I am currently William's direct supervisor in Governor Pat Quinn's Office of Citizen Action. He has been an intern here since June 2010.

As a Constituent Affairs intern, William was responsible for managing constituent phone calls, opening and responding to letters, occasionally drafting public documents such as proclamations and newsletter articles and working on projects related to constituent outreach. He had the opportunity to become very familiar with state government and developed a solid understanding of the functions of many of the State agencies under the purview of the Governor.

Throughout the summer, he also managed the valedictorian celebration at the 2010 State Fair, which is an annual event attended by high school valedictorians throughout the state, as well as the Governor. He managed this project on his own and was solely responsible for the logistics of this major event as well as communicating with all participants.

William has been a very valuable asset not only to the Governor's Office of Citizen Action, but was helpful in other units within the Governor's Office as well. He is a team player and I believe he will be a great addition to your office. I do not hesitate to offer my recommendation.

Sincerely,

Donna Dalton
Director of Constituent Affairs

93



OPERATION: HOMETOWN GLORY

GRANT II v HARRIS ET AL
EXHIBIT IN SUPPORT OF COMPLAINT



**SHEILA SIMON**
LIEUTENANT GOVERNOR
STATE OF ILLINOIS

December 2, 2011

Re: Will Grant

Dear Friends,

It is with some sadness that I recommend Will Grant for your consideration as an employee. I am sad to do so because I will miss him on my staff.

Will has worked on my staff for almost a year now, and I have benefitted greatly. He is open and engaging, traits which make him such a good person for the constituent contact he has on a daily basis. In addition to doing his work well, Will has the extra quality of being good to work with. I have consistently enjoyed my interactions with Will, whether it has been about the needs of constituents or about his crazy vegetable diet.

I should also add, because of our history as a state, Will should not be given any special consideration based on political connections or my recommendation. I write this letter as one employer to another employer. I ask that you consider Will and all of his qualifications, and I believe both you and he will be well served.

Thanks, and please feel free to call me if you have any questions.

Sincerely,

Sheila Simon
Lt. Governor of Illinois

IDOT
District 9 Headquarters
Carbondale, IL 62903
Phone: (618) 529-6452
Fax: (618) 529-6455

214 State House
Springfield, IL 62706
Phone: (217) 558-3085
Fax: (217) 558-3094
TTY : 1 800-563-7110

JRTC, 15-200
Chicago, IL 60601
Phone: (312) 814-5240
Fax: (312) 814-5228

Printed on Recycled Paper

95

OPERATION: HOMETOWN GLORY





STATE OF ILLINOIS
### OFFICE OF THE GOVERNOR
SPRINGFIELD, ILLINOIS 62706

**Pat Quinn**
GOVERNOR

December 21, 2014

To Whom It May Concern:

I am pleased to recommend Will Grant for employment. I have always known Will to be a skilled and dedicated public servant for the State of Illinois. His innate interpersonal skills and work ethic have earned him the respect and confidence of his colleagues.

Will is highly organized, mission oriented, and hard working. Will has proven himself to be an essential team member, and I am confident he will continue to be just that with his future employers.

I am certain that he will be an asset and make great contributions to your organization. If you have any additional questions regarding Will's experience or abilities, please do not hesitate to contact me.

Sincerely,

Ryan Croke
Chief of Staff
(847) 271-7926

97

OPERATION: HOMETOWN GLORY



GRANT II v HARRIS ET AL
EXHIBIT IN SUPPORT OF COMPLAINT

Illinois Department of Employment Security
Appeals - Springfield
607 East Adams, 9th Floor
Springfield, IL 62701
Phone: (800) 244-5631 · TTY: (888) 205-3145
www.ides.illinois.gov

WILLIAM L. GRANT
901 WYTHE RD
SPRINGFIELD, IL 62702-3428

| | |
|---|---|
| Date Mailed: | 03/10/2015 |
| Claimant ID: | 2703013 |
| Docket Number: | 1505989 |
| Appeal Filed Date: | 02/03/2015 |
| Date of Hearing: | 03/08/2015 |
| Type of Hearing: | Telephone |
| Place of Hearing: | Springfield |

## Administrative Law Judge's Decision

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631)

**Claimant Appellant**
WILLIAM L. GRANT
901 WYTHE RD
SPRINGFIELD, IL 62702-3428

**Employer**
DEPT OF TRANSPORTATION DEPT OF
TRANSPORTATION
2300 S DIRKSEN PKWY
SPRINGFIELD, IL 62764-0001

**Appearances/Issues/Employer Status:** The claimant and employer appeared and testified. Whether the Claimant left work voluntarily without good cause attributable to the employer? See 820 ILCS 405/601A. The employer is a party to the appeal.

**Findings of Fact:** The claimant worked for the employer as a technical manager/staff assistant in the legal department. He was paid about $47,500 a year, began in 2012 and last worked on or about October 27, 2014. The claimant was advised in August of 2014 that the employer was going to lay him off at the end of September. The union filed a lawsuit and the layoff was postponed until the end of October of 2014. The claimant was then advised the layoff has been postponed indefinitely. The claimant was on a month to month lease. The landlord did not renew the lease for the month of November. The claimant returned to his hometown area in Springfield, stopped reporting to his Chicago employer work location and attempted to get a transfer through the Governor's office. The claimant reported to the Governor's office in constituent serves in November and turned in time sheets for November 6, 7, and 10, 2015. The claimant was not paid and there was subsequent contact with this employer regarding pay and his work status. The claimant was ultimately not paid by this employer given he was not working for the employer and was not on its jobsite. The claimant submitted a resignation to the employer on November 21, 2014 effective November 5, 2014. The claimant did not submit any more times sheets to the Governor's office and on or about December 3, 2014 was advised a transfer was not approved there.

**Conclusion:** 820 ILCS 405/601A provides that an individual shall be ineligible for benefits for the weeks in which he has left work voluntarily without good cause attributable to the employing unit and, thereafter, until he has become reemployed and has had earnings equal to or in excess of his current weekly benefit amount in each of four calendar weeks.

The claimant quit his job in Chicago primarily due to issues with his living arrangements. There was also evidence he sought and believed he may have had another job. While the claimant may have had a good reason to quit, the leaving was not attributable to the employer as the employer did not materially change the terms of the working agreement. There was not sufficient evidence to support a finding of an exemption. The claimant was not hired at the Governor's office and was not paid any wages. While he testified that he worked at the Governor's office for a month, the claimant only submitted approximately three days of time sheets for payment (none of which were honored). The claimant is disqualified for benefits under Section 601A of the Act.

**Decision:** The Local Office Determination is AFFIRMED. Pursuant to 820 ILCS 405/601A, the claimant is disqualified for benefits. The claimant is not eligible for benefits from 11/30/2014.

JOHN SCHELLENBERG, Administrative Law Judge
Appeals - Springfield
Fax: (309) 671-3121

MR. GRANT QUALIFIED FOR BENEFITS PURSUANT TO
820 ILCS 405/601(B)(2).

171

OPERATION: HOMETOWN GLORY



GRANT II v HARRIS ET AL
EXHIBIT IN SUPPORT OF COMPLAINT

State of Illinois
Department of Employment Security
www.ides.illinois.gov



**Request for Reconsideration of Claims Adjudicator's Determination and,
if applicable, Appeal to the Referee**

Claimant Information:

Last Name: Grant                              First Name: William                    MI: L

ID or SSN: 2703013

**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con su oficina local.)**

The reconsideration process is governed by section 703 of the Illinois Unemployment Insurance Act and 56 Ill. Adm. Code 2720.160 Reconsidered Finding or Determination. If your Request for Reconsideration becomes an Appeal as a result of the reconsideration process, your case will be forwarded to the appeals unit.

*If you need additional space, please use the other side of this document, if appropriate, or attach a separate sheet of paper.*

Appellant: (Check One)  ☑ Claimant    ☐ Employer (Employer, please provide Company Name and Account #)

Name: _____    Account #: _____

| Section A: Reason for Request for Reconsideration |
|---|

I disagree with the claims adjudicator's determination dated __01/21/2015__ , regarding Issue 009 601A-Voluntary Leaving _____ because:    (Give all your reasons and facts)

I was informed by the Illinois Department of Transportation (IDOT) that I was to be laid-off under a "material reorganization" for holding the position of Staff Assistant.

I was offered employment by the Office of the Illinois Governor. I worked for the Office of the Illinois Governor from November 6, 2014 to December 3, 2014.

According the the rules of the Illinois Department of Employment Security, the evidence shows that I did not lose employment through any fault of my own. I accepted a bona fide offer of employment in good faith.

Please refer to Attachment A for my list of reasons and facts for a Request for Reconsideration and an Appeal. Please refer to Attachments B through E for supporting documentation.

\* Note to claimant: You must continue to certify for benefits by Tele-Serve or Online for each two week period that you are unemployed during the appeal process.

| Section B: Signature |
|---|

Signature: *William L Grant*                      Date: 02/03/2015

Name (Printed or Typed): William L. Grant          Telephone Number: 217-726-5269

ADJ024F                          Page 1 of 1          BEN-523          Rev. (09/2011)

    

OPERATION: HOMETOWN GLORY

- I was employed by the Illinois Department of Transportation (IDOT) as a Staff Assistant.

- I received notice that I was to be laid-off effective the close of business on September 30, 2014. As a result, I made temporary living arrangements in Chicago, IL. (See Attachment B.)

- The Teamster 916 Union received a court injunction delaying the effective date of the layoff until after a court appearance in October of 2014. The State of Illinois failed to produce certain documents, and the effective date of the layoff was postponed to a later date.

- As a result, I had to find temporary living arrangements in Chicago. This caused my having to spend an even greater amount of money to procure accommodations in Chicago for work.

- As a result of the layoff, there was a considerable decline in my workload.

- On November 5, 2014, I was informed that Governor Quinn's Deputy Chief of Staff (Justin Cajindos) would ask the Governor's Chief of Staff (Ryan Croke) to approve me to work in Springfield for a few weeks before returning to the IDOT Chicago Office. I was told that the Chief of Staff had no objection, and that he was going to work out an agreement with IDOT's Acting-Secretary (Erika Borggren) to allow me to work in Springfield, IL for a couple of weeks.

- I reported to the Governor's Capitol Office on November 6, 2014 for work.

- Before I reported to the Governor's Capitol Office, I contacted my direct supervisor (Rick Kabaker, Deputy Chief Council) at IDOT via e-mail, and informed him that I was approved to work in Springfield by Governor Quinn's Chief of Staff and Deputy Chief of Staff. (Please see Attachment C.)

- On the morning of November 7, 2014, I was told to report to IDOT's Central Office in Springfield. A short time later, I was told not to report to IDOT's Central Office due to the attorneys handling the IDOT Staff Assistant litigation "freaking out" over my being allowed to work in Springfield. I was instructed to take the day off.

- Over the weekend; I was informed that I would have to resign from IDOT. I would be hired by the Governor's Office, and then most likely transferred to the Illinois Department of Central Management Services (CMS).

- I reported to the Governor's Office (of Constituent Affairs) on November 10, 2014.

- On November 17, 2014, I contacted IDOT's Bureau of Personnel Management to find out why my paycheck was unexpectedly low. Samantha Helton informed that my Office (Office of Chief Council) stated they did not know where I was, and that IDOT's Chief Council advised her to put me on "dock time." She stated that if I sent her time sheets from where I was working, I would receive "back pay." I submitted time sheets on November 18, 2014 via facsimile. (Please see Attachment D.)

- The week of November 17, 2014, I was contacted by the Deputy Director of Personnel of CMS (Israel Salazar), and he informed me that he wanted to put me in a position at CMS.

Number: 1505989

174

Attachment A

OPERATION: HOMETOWN GLORY

- On November 21, 2014, I was contacted by Governor Quinn's Deputy Chief of Staff (Juan Morado), and informed that I needed to submit my resignation to IDOT through my former supervisor, Rick Kabaker). (Please see Attachment E.)

- I worked in the Governor's Office of Constituent Affairs from November 10, 2014 until the close of business on December 3, 2014, excluding holidays. Two time sheets are attached. The time sheets are signed by Carmen Flynn, the previous Deputy Director of the Governor's Office of Constituent Affairs. (Please see Attachment D.)

- I was informed after the close of business on December 3, 2014 I was unable to be added to the payroll (i.e., get paid) due to the litigation between IDOT and the Teamster's 916 Union.

175

OPERATION: HOMETOWN GLORY







# Illinois Department of Transportation

Office of the Secretary
2300 South Dirksen Parkway / Springfield, Illinois / 62764
Telephone 217/782-5597

August 21, 2014

Mr. Tony Barr
President, General Teamsters/ Professional & Technical Employees Local
Union No. 916
3361 Teamster Way·
Springfield, IL 62707

Dear Tony:

In accordance with Article XII, Layoff, of the Collective Bargaining Agreement, this correspondence is your official notification of the Department's intent to initiate a layoff for the position title of Staff Assistants. The proposed effective date of the layoff is at the close of business September 30, 2014, and the reason for the layoff is due to a material reorganization.

The following Collective Bargaining titles for which your organization has exclusive representation rights are proposed for inclusion:

| Position Classifications | Bargaining Unit | Number of Employees | Work County |
|---|---|---|---|
| Technical Manager I | PM | 3 | Sangamon |
| Technical Manager II | PM | 16 | Cook |
| Technical Manager II | PM | 8 | Sangamon |
| Technical Manager II | PM | 2 | Effingham |
| Technical Manager II | PM | 3 | Madison |
| Technical Manager II | PM | 2 | Jackson |
| Technical Manager III | PM | 7 | Cook |
| Technical Manager III | PM | 7 | Sangamon |
| Technical Manager III | PM | 1 | Jackson |
| Technical Manager IV | PM | 3 | Sangamon |
| Technical Manager IV | PM | 2 | Madison |
| Technical Manager V | PM | 1 | Cook |

Questions concerning this layoff may be addressed to Tony Small, Director, Finance & Administration at 217-782-1816.

Sincerely,

Erica Borggren
Acting Secretary of IDOT

Attachment 'B'

Ket Number: 1505989

OPERATION: HOMETOWN GLORY



# Illinois Department of Transportation

Office of the Secretary
2300 South Dirksen Parkway / Springfield, Illinois / 62764
Telephone 217/782-5597

September 16, 2014

William Grant
901 Wythe Rd
Springfield, Il 62702

Dear Mr. William Grant:

It is with regret that I must inform you that, in accordance with Article XII, Section 1, of the General Teamsters/Professional & Technical Employees Collective Bargaining Agreement (Pro-Tech 916), this correspondence will serve as final notification of the Department's layoff due to material reorganization. Unfortunately, your position has been identified for layoff. The effective date of the layoff is at the close of business on September 30, 2014.

After the layoff, in order to maintain your eligibility for recall, it is your responsibility to keep the Central Bureau of Personnel Management up to date with your current mailing and/or home address. Should you need to update your contact information, please call the Bureau of Personnel Management at 217/782-5594. In accordance with Article XII, Section 5, failure to respond when contacted at the address last given by the employee constitutes removal from the Recall List.

Sincerely,

Erica Borggren
Acting Secretary of IDOT

177



OPERATION: HOMETOWN GLORY


GM il

William Grant <wgran2@gmail.com>

## Re: out of office
5 messages

**William Grant** <wgran2@gmail.com>
To: rick.kabaker@illinois.gov
Cc: dot.ch.outofoffice@illinois.gov

Thu, Nov 6, 2014 at 8:57 AM

Rick,

I've been approved to work in Springfield. I'm at the Capitol today.

Sent from my iPhone

**Kabaker, Rick** <Rick.kabaker@illinois.gov>
To: William Grant <wgran2@gmail.com>

Thu, Nov 6, 2014 at 9:04 AM

Who approved your working in Springfield?

Richard A. Kabaker, Esq.
Deputy Chief Counsel
Illinois Department of Transportation
100 West Randolph Street - Suite 6-600
Chicago, IL 60601
Tel.: 312-793-4838
Fax: 312-793-3933
CONFIDENTIALITY NOTICE: This e-mail is a confidential attorney/client, attorney work product, and/or pre-decisional FOIA exempt document intended solely for the use of the individual(s) to whom it is addressed, and should be handled accordingly. If you are not the intended recipient(s), please be advised that you have received this e-mail in error and that the use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify Rick Kabaker immediately.
[Quoted text hidden]

**William Grant** <wgran2@gmail.com>
To: "Kabaker, Rick" <Rick.kabaker@illinois.gov>

Thu, Nov 6, 2014 at 9:24 AM

Gov's Office.

Sent from my iPhone
[Quoted text hidden]

**Kabaker, Rick** <Rick.kabaker@illinois.gov>
To: William Grant <wgran2@gmail.com>

Thu, Nov 6, 2014 at 9:28 AM

Will: Who in the Gov. Office approved it? Rick

Richard A. Kabaker, Esq.
Deputy Chief Counsel
Illinois Department of Transportation
100 West Randolph Street - Suite 6-600
Chicago, IL 60601
Tel.: 312-793-4838
Fax: 312-793-3933

Attachment
'C'

mhtml:file://C:\Users\User\Documents\Gmail - Re out of office.mht

178

OPERATION: HOMETOWN GLORY



CONFIDENTIALITY NOTICE: This e-mail is a confidential attorney/client, attorney work product, and/or pre-decisional FOIA exempt document intended solely for the use of the individual(s) to whom it is addressed, and should be handled accordingly. If you are not the intended recipient(s), please be advised that you have received this e-mail in error and that the use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify Rick Kabaker immediately.

-----Original Message-----
From: William Grant [mailto:wgran2@gmail.com]
[Quoted text hidden]

**William Grant** <wgran2@gmail.com>                                 Thu, Nov 6, 2014 at 9:35 AM
To: "Kabaker, Rick" <Rick.kabaker@illinois.gov>

COS Croke and Deputy Cajindos. They're both in Chicago today if you want to speak to them.

Sent from my iPhone
[Quoted text hidden]

179





OPERATION: HOMETOWN GLORY

## Office of the Governor

Employee Name: William Grant   Attachment 'D'

Employee Signature: _(signature)_

Supervisor Name: Carmen Flynn

Supervisor Signature: _(signature)_

**HOURS ON OFFICIAL STATE BUSINESS**

| DAY | DATE | ON | LUNCH OFF | LUNCH ON | DINNER OFF | DINNER ON | OFF | ON | OFF | ON | OFF | STATE BUSINESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | | 0:00:00 |
| Tuesday | | | | | | | | | | | | 0:00:00 |
| Wednesday | | | | | | | | | | | | 0:00:00 |
| Thursday | 11/6/14 | 9:15 | 1:00 | 1:30 | | | 5:15 | | | | | 0:00:00 |
| Friday | | | | | | | | | | | | 0:00:00 |
| Saturday | | | | | | | | | | | | 0:00:00 |
| Sunday | | | | | | | | | | | | 0:00:00 |
| Week Total | | | | | | | | | | | | 0:00:00 |

**TIME OFF:**

| DAY | DATE | VAC | SICK | PL | COMP | HOLIDAY | OTHER PAID LEAVE | FURLOUGH PERSONAL | FURLOUGH VACATION | FURLOUGH DAY (UNPAID) | TOTAL HOURS | | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Tuesday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Wednesday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Thursday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Friday | 11/7/14 | | | | | | | FD | | 7.5 FD | 0:00:00 | | 0:00:00 |
| Saturday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Sunday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Week Total | | | | | | | | | | | 0:00:00 | WEEK TOTAL: | 0:00:00 |

Comments:

---

## Office of the Governor

Employee Name: William Grant

Employee Signature: _(signature)_

Supervisor Name: Carmen Flynn

Supervisor Signature: _(signature)_

**HOURS ON OFFICIAL STATE BUSINESS**

| DAY | DATE | ON | LUNCH OFF | LUNCH ON | DINNER OFF | DINNER ON | OFF | ON | OFF | ON | OFF | STATE BUSINESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11/10/14 | 9:15 | | | | | 5:15 | | | | | 0:00:00 |
| Tuesday | | | | | | | | | | | | 0:00:00 |
| Wednesday | 11/12/14 | 8:45 | 1:00 | 1:30 | | | 5:15 | | | | | 0:00:00 |
| Thursday | | 9:00 | | | | | 5:00 | | | | | 0:00:00 |
| Friday | | 8:45 | | | | | 5:15 | | | | | 0:00:00 |
| Saturday | | | | | | | | | | | | 0:00:00 |
| Sunday | | | | | | | | | | | | 0:00:00 |
| Week Total | | | | | | | | | | | | 0:00:00 |

**TIME OFF:**

| DAY | DATE | VAC | SICK | PL | COMP | HOLIDAY | OTHER PAID LEAVE | FURLOUGH PERSONAL | FURLOUGH VACATION | FURLOUGH DAY (UNPAID) | TOTAL HOURS | | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Tuesday | 11/11/14 | | | | | 7.5 | | | | | 0:00:00 | | 0:00:00 |
| Wednesday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Thursday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Friday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Saturday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Sunday | | | | | | | | | | | 0:00:00 | | 0:00:00 |
| Week Total | | | | | | | | | | | 0:00:00 | WEEK TOTAL: | 0:00:00 |

Comments:

180

OPERATION: HOMETOWN GLORY

                        William Grant <wgran2@gmail.com>

## RE: Resignation
1 message

Grant, William L. (GOV) <William.L.Grant@illinois.gov>          Fri, Nov 21, 2014 at 10:54 AM
To: "Kabaker, Rick" <Rick.kabaker@illinois.gov>

I hereby submit my resignation effective November 5 2014.

Attachment

'E'

181

OPERATION: HOMETOWN GLORY





William Lee Grant
901 Wythe Street
Springfield, IL 62702

RECEIVED
JUL 15 2019
DISTRICT COURT OF GUAM
HAGATNA, GUAM

TO:

CLERK'S OFFICE
U.S. DISTRICT COURT
520 W SOLEDAD AVENUE
Floor 4
HAGATNA, GUAM 96910

BONE THUGS-N-HARMONY
COMMON
XZIBIT
NAS
DMX
RUFF RYDERS
BUSTA RYMES
LIZ PHAIR
DA BRAT
LONDON ON DA TRACK
REMY MA
TYGA

BUGGS
LIL WAYNE
LIL JON
T-PAIN
AKON
SOULJA BOY
MEGHAN TRAINOR
STING
U2
RED HOT CHILI PEPPERS
SEAL
NEW RADICALS
FRENCH MONTANA
MEEK MILLS
CHARLI XCX
RIHANNA
IGGY AZALEA
ROBIN THICKE
BEYONCÉ
KYLIE MINOGUE
BETTY WHITE
MARGARET DAVIS

WARREN G
PUFF DADDY
LIL KIM
WYCLEF SEAN
FAT JOE
COOLIO
2PAC
LIL BOW WOW
PETEY PABLO
SHEEK EDGE
LIL ROMEO
DJ KHALED
G-EAZY
JEREMINE DUPRI
OFFSET

DIPLO
BLESSED UNION OF SOUL
THE WALLFLOWERS
NICK ROSS
2 CHAINZ
LORDE
FETTY WAP
CHARLIE PUTH
JASON DERULO
LINKIN PARK

SPECIAL THANK-YOUS  OPRAH  ERNEST MCNEIL  RAMONA SINGIN  MICHAEL MICHAELE  TYLER PERRY  VICKI GUNVALSON

ANNA WINTOUR  JASON STATHAM  ADAM SANDLER  RUPAUL  GAYLE KING  WENDY WILLIAMS

KIM CATTRALL  PATRICK WILSON  FARAH FATH  LINDSAY SLOANE  TYLER PERRY

JAMIE DIMON  THE REAL HOUSEWIVES OF POTOMAC  ▮▮▮▮▮  JULIANNA MARGUILES

ONE REPUBLIC  REAL MCCOY  CECE PENISTON  ACE OF BASE  USHER  SANTANA  ELLIE GOULDING

SPECIAL THANK-YOUS  ALICIA KEYS  MARY J. BLIGE  BRIAN MCKNIGHT  JANELLE MONÁE  LORDE  ALL-AMERICAN REJECTS

JAY-Z  PHARRELL  FAITH HILL  MARTINA MCBRIDE  FUN  GOOD CHARLOTTE

BEYONCÉ  MISSY ELLIOTT  FALL OUT BOY  SHANIA TWAIN  RICKY MARTIN  JAMES BLUNT

MADONNA  TIMBALAND  TONI BRAXTON  GRETCHEN WILSON  ENRIQUE IGLESIAS  THE BAND PERRY

NICKI MINAJ  LUDACRIS  TLC  SHERYL CROW  GWEN STEFANI  SAM SMITH

KANYE WEST  EVE  MICHAEL J. MADIGAN  BLACK EYED PEAS  LA ROUX

RIHANNA  NELLY FURTADO  JESSE WHITE  DESTINY'S CHILD  MAJOR LAZER

BLINK-182  PUSSYCAT DOLLS  EMIL JONES  3 DOORS DOWN  PENTATONIX

SARAH MCLACHLAN  SPICE GIRLS  PATRICIA DAWSON  FOO FIGHTERS  MIRANDA LAMBERT

ALANIS MORISSETTE  DAVE MATTHEWS BAND  BARACK H. OBAMA  CREED  BLAKE SHELTON

JEWEL  INDIA.ARIE  BRITNEY SPEARS  PINK  KELLY ROWLAND  ERYKAH BADU

JIMMY EAT WORLD  JILL SCOTT  CHRISTINA AGUILERA  KELLY CLARKSON  THE KILLERS

NO DOUBT  MACY GRAY  NSYNC  CARRIE UNDERWOOD  FLORENCE + MACHI

COLDPLAY  DANITY KANE  BACKSTREET BOYS  R.KELLY  3LW  KATY PERRY  THE CHAINSMOKERS

NICKELBACK  AVRIL LAVIGNE  JESSICA SIMPSON  BLAQUE  MARCON 5  NE-YO  FERGIE

KYLIE MINOGUE  ONE DIRECTION  VANESSA CARLTON  CHRIS BROWN

GREEN DAY  SIA  CARDI B  LIT  JORDAN KNIGHT

INCUBUS  CRAZY TOWN  THE OFFSPRING

FOO FIGHTERS  LIMP BIZKIT  SUM 41

NINE DAYS  KID ROCK  GOO GOO DOLLS

THIRD EYE BLIND  ROBBIE WILLIAMS  ALIEN ANT FARM

CIARA  JENNIFER LOPEZ  SAVAGE GARDEN  PARAMORE

NELLY + ST. LUNATICS  JENNIFER HUDSON  FATBOY SLIM  EVANESCENCE

MARIAH CAREY  DAVID GUETTA  BARENAKED LADIES

SHAKIRA  TAYLOR SWIFT  CHRISTINA MILIAN  180

CELINE DION  PANIC! @ THE DISCO  THE CARDIGANS  HANSON

DIDO  THE CALLING  CHUMBAWAMBA  JUSTIN TIMBERLAKE

DR. DRE  MATCHBOX TWENTY  BRUNO MARS

MIANDY MOORE  EMINEM  LIT HIGH

JANET JACKSON  SISQO  THE FRAY  THE WEEKND  CLEAN BANDIT  THE TING TINGS  LADY GAGA  SUGARLAND  SARAH BAREILLES  LAURYN HILL  MY CHEMICAL ROMANCE

CHINGY  LEONA LEWIS

LADY ANTEBELLUM

LARA FABIAN

HOOBASTANK  OUTKAST  KE$HA  PITBULL

JOHN LEGEND  JOHN MAYER  IMAGINE DRAGONS  THIRTY SECONDS TO MARS  SIMPLE PLAN

ICT TUNSTALL

JA RULE  ASHANTI  REGINA SPEKTOR

ROSEMARY BRANHAM