**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| WILLIAM LEE GRANT II, | CIVIL CASE NO. 19-00117 |
| Plaintiff, | |
| vs. | **ORDER** |
| AUSA GREGORY K. HARRIS & JOINT CHIEFS OF STAFF, | |
| Defendants. | |

Before the court is the U.S. Magistrate Judge's Report and Recommendation dated November 18, 2019. ECF No. 3. Plaintiff William Lee Grant II filed an Objection on December 5, 2019. ECF No. 4. For the reasons stated herein, the court **ACCEPTS** the Report and Recommendation and orders the following: (1) the Application to Proceed in Forma Pauperis is **GRANTED** but the above-captioned matter is hereby **DISMISSED**.

Section 636(b)(1), U.S. Code Title 28, requires the Court to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Plaintiff's objection is difficult to understand. Rather than identifying particular aspects of the Magistrate Judge's Report and Recommendation to which he objects, Plaintiff provided a list of states to which he has been "unable to proceed" and that

1

certain federal entities either "defaulted" or "failed to deny" Plaintiff's allegations in other civil actions in other districts. *See* ECF No. 4, at 1.

Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the court shall dismiss a case at any time if it determines that the action is frivolous or malicious. The Complaint itself is frivolous. As noted in the Report and Recommendation, Plaintiff filed what appears to be two separate complaints he had filed in other districts. *See* ECF No. 1 at 3-4, and 5-12. Plaintiff had simply scratched off the name of the courts therein and replaced it with the District of Guam. The Complaint also fails to state a claim, because the named Defendants do not appear to have any allegations made against them. The venue is also improper. Plaintiff is not a resident of Guam, and no act or omission is alleged to have occurred in Guam.

Accordingly, this case is hereby **DISMISSED**.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Feb 24, 2020**